

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/2020

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 23, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Randy Bueno*, 18 Cr. 389 (VEC)

Dear Judge Caproni:

    The defendant has filed a motion for resentencing pursuant to 18 U.S.C. § 3582(c). (Dkt. Nos. 41, 42.) The Court set December 21, 2020 for the Government's response, a deadline that the Government inadvertently missed. The Government sincerely apologizes for this oversight. To the extent the Court is amenable, the Government requires a brief adjournment to respond to the defendant's motion and to collect necessary records from the Bureau of Prisons. As a result, the Government respectfully requests, with the consent of defense counsel, that the Court adjourn the Government's response to January 5, 2021.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

Application GRANTED. The Government's response is due by **January 5, 2021.** Defendant's reply is due by **February 5, 2021.**

By:  /s/ Daniel G. Nessim
      Daniel G. Nessim
      Assistant United States Attorney
      (212) 637-2486

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

12/23/2020