USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA, :
:
-against- : 18-CR-389 (VEC)
:
RANDY BUENO, : ORDER
:
Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 2, 2024, Defendant was arrested in Maine for a violation of his supervised release; and

WHEREAS on August 14, 2024, the government informed the Court that Defendant has been transported to the Southern District of New York.

IT IS HEREBY ORDERED THAT the parties appear for a conference on August 19 2024 at 10:30 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: August 14, 2024**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**