USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

RANDY BUENO,

                      Defendant.

------------------------------------------------------------ X

18-CR-389 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties were scheduled to appear for a conference on August 19, 2024 at 10:30 A.M.

    IT IS HEREBY ORDERED THAT the conference is ADJOURNED to August 21, 2024, at 2:15 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  August 15, 2024**
**New York, NY**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**