USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-       18-CR-389 (VEC)

RANDY BUENO,      ORDER

               Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties were scheduled to appear for a conference on August 21, 2024, at 2:15 P.M; and

WHEREAS Mr. Bueno's transport to the Southern District of New York has been delayed.

IT IS HEREBY ORDERED THAT the conference scheduled for August 21, 2024, at 2:15 P.M. is CANCELLED. The Government should arrange to have Mr. Bueno presented and arraigned before a magistrate judge.

IT IS FURTHER ORDERED that the parties appear for a conference on September 24, 2024 at 2:30 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: August 20, 2024**
**New York, NY**

                            **VALERIE CAPRONI**
                            **United States District Judge**