USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -against-

RANDY BUENO,

                            Defendant.

------------------------------------------------------------- X

18-CR-389 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Defendant appeared before the Court on September 24, 2024.

IT IS HEREBY ORDERED THAT a status conference is scheduled for October 15, 2024, at 10:30 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  **September 24, 2024**
       **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**