USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                         :
                                                  :
            -against-                             :            18-CR-389 (VEC)
                                                  :
RANDY BUENO,                                      :            ORDER
                                                  :
                              Defendant.          :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference is scheduled for October 15, 2024 at 10:30 A.M.

IT IS HEREBY ORDERED THAT the status conference is ADJOURNED to October 17,

2024, at 11:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley

Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  October 10, 2024**                       _____
      **New York, NY**                                   **VALERIE CAPRONI**
                                                   **United States District Judge**