USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                 :
                                          :
    -against-                             :     18-CR-389 (VEC)
                                          :
RANDY BUENO,                              :     ORDER
                                          :
                         Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Defendant appeared for a hearing on October 17, 2024, at which he admitted to violation 1 in Probation's December 18, 2023 report.

    IT IS HEREBY ORDERED that Defendant must appear for sentencing on **December 18, 2024**, at 11:00 A.M. in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions are due no later than **December 4, 2024**.

**SO ORDERED.**

Date:  October 17, 2024
          New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**