```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                       :
                                                :
         -against-                              :     18-CR-389 (VEC)
                                                :
RANDY BUENO,                                    :     ORDER
                                                :
                              Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant appeared for a hearing on October 17, 2024, at which he admitted to violation 1 in Probation's December 18, 2023 report; and

WHEREAS Defendant's sentencing is scheduled for December 18, 2024 at 11:00 A.M.

IT IS HEREBY ORDERED that Defendant's sentencing is adjourned to **December 18, 2024**, at **4:00 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: December 6, 2024
      New York, NY

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**