USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                                        18-CR-389 (VEC)

RANDY BUENO,                                        <u>ORDER</u>

                      Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 2, 2025, Probation filed a violation report, informing the Court that Mr. Bueno was arrested on July 1, 2025 for burglary in the third degree;

WHEREAS the Hon. Jennifer Rearden ordered the issuance of a warrant as the judge on Part I; and

WHEREAS Mr. Bueno was taken into federal custody and presented on July 11, 2025.

IT IS HEREBY ORDERED that Mr. Bueno appear for an arraignment on **Monday, July 14, 2025** at **2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: July 11, 2025**
**New York, NY**

                                                          **VALERIE CAPRONI**
                                                    **United States District Judge**