```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-   :   18-CR-389 (VEC)

RANDY BUENO,   :   ORDER

                     Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 2, 2025, Probation filed a violation report, informing the Court that Mr. Bueno had been arrested on July 1, 2025 for burglary in the third degree; and

    WHEREAS Mr. Bueno's arraignment on a violation of supervised release was scheduled for July 14, 2025.

    IT IS HEREBY ORDERED that Mr. Bueno's arraignment will take place on **Thursday, July 17, 2025** at **2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: July 14, 2025**
      **New York, NY**

                                                                                     **VALERIE CAPRONI**
                                                                                  **United States District Judge**