Case 1:18-cr-00389-VEC   Document 77   Filed 07/17/25   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

        -against-                                                 18-CR-389 (VEC)

    RANDY BUENO,                                            ORDER

                            Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 2, 2025, Probation filed a violation report, informing the Court that Mr. Bueno had been arrested on July 1, 2025 for burglary in the third degree;

       WHEREAS Mr. Bueno's arraignment on a violation of supervised release was scheduled for **July 17, 2025** at **2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007; and

       WHEREAS Mr. Bueno refused to come to Court on July 17, 2025.

       IT IS HEREBY ORDERED that counsel must appear for a conference telephonically on **July 17, 2025** at **2:30 P.M.** Counsel must dial the conference line 1-855-244-8681 and input the access code: 2316 138 5290 when prompted.

**SO ORDERED.**

Date: July 17, 2025
      New York, NY
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**