```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,          :

              -against-                         :            18-CR-389 (VEC)

   RANDY BUENO,                      :            <u>ORDER</u>

                         Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 2, 2025, Probation filed a violation report, informing the Court that Mr. Bueno had been arrested on July 1, 2025 for burglary in the third degree.

      IT IS HEREBY ORDERED that Mr. Bueno must be arraigned in the morning on **July 22, 2025** before a Magistrate Judge.

      IT IS FURTHER ORDERED that the parties must appear for a status conference on **July 29, 2025** at **10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  July 17, 2025
         New York, NY

                                                               **VALERIE CAPRONI**
                                                           **United States District Judge**