```
                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #:_____
                                                DATE FILED: 7/29/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,          :
                                                                :
            -against-                          :          18-CR-389 (VEC)
                                                               :
   RANDY BUENO,                         :          <u>ORDER</u>
                                                                :
                       Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 2, 2025, Probation filed a violation report, informing the Court that Mr. Bueno had been arrested on July 1, 2025 for burglary in the third degree.

       IT IS HEREBY ORDERED that the parties must appear for a status conference on **November 20, 2025** at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

       IT IS FURTHER ORDERED that the parties must submit a joint letter by **November 13, 2025**, with the status of the state case and whether it makes sense to hold the conference on November 20, 2025 or whether the VOSR should be adjourned further.

**SO ORDERED.**

**Date: July 29, 2025**
**New York, NY**
                                                       _____
                                                           **VALERIE CAPRONI**
                                                            **United States District Judge**